UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                      :

PACER FEE EXEMPTION                     :           Misc. No. 21- 3001

                                                            :

---

## ORDER

AND NOW, this 16th day of February 2021, the Court recognizes the need to establish

exempt accounts from PACER fees for appointed Subchapter V Trustees pursuant to the Small

Business Reorganization Act of 2019, 11 U.S.C. §§ 1181-1195; Pub. L. 11654, 133 Stat. 1079.

The Judicial Conference of the United States provides for fee exemptions, and this Court finds it

warranted since: (1) the Subchapter V Trustees come from a class of individuals (i.e., bankruptcy

case trustees) to whom the Court may grant an exemption; (2) the exemption is necessary to

avoid unnecessary administrative burdens; (3) the exemption is for a proper duration and

monitored for proper use; and (4) the users have agreed to use the information collected only for

the efficient administration of their duties as Subchapter V Trustees.

1    It is hereby **ORDERED** that a PACER fee exemption is **GRANTED** for accounts

registered by appointed Subchapter V Trustees and shall continue for the duration

in their capacity as a Trustee.

2    All individuals named in the itemized Attachment A shall be exempt.

3    The Office of the United States Trustee shall promptly notify the Court of any

changes in appointments that impact access to PACER, and to submit a revised

administrative order if modifications are necessary to protect the integrity of the

PACER system.

_____
Hon. Magdeline D. Coleman, Bankruptcy Judge


cc:      Frederic J. Baker, Assistant US Trustee
         PACER Service Center
         Subchapter V Trustees

| Attachment A | | | |
|---|---|---|---|
| **PACER Account ID** | **Office** | **Name** | **Status** |
| 6560669 | Brown McGarry Nimeroff LLC | Jami Nimeroff | Active |
| 6563255 | Gellert Scali Busenkell & Brown, LLC | Holly Smith Miller | Active |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |